UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GEORGE GRESHAM, JR.,

                         Plaintiff,                  **ORDER**

       -against-                          **21-CV-3912 (JW)**

NEGUN MAXIMOSS ROMANI,

                        Defendant.

-------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      Given the Court's extension of discovery to August 2, 2022 (Dkt. No. 26), any dispositive motion shall be filed on or before September 7, 2022. The response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court. If no dispositive motion is made, the parties shall submit their joint pretrial order to the Court on or before September 7, 2022. That document must conform to the requirements for such an order that are found in the Court's Individual Practices.

      SO ORDERED.

Dated: June 7, 2022
       New York, New York

                                                          _____
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge