UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GEORGE GRESHAM, JR.,

                              Plaintiff,                         **ORDER**

           -against-                                      21-CV-3912 (JW)

NEGUN MAXIMOSS ROMANI,

                              Defendant.

-----------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

By **March 1st,** the Parties shall confer and provide the Court with a joint status update on whether discovery is complete. If discovery is not complete, the Parties shall propose a discovery deadline. If discovery is complete, in that letter the Parties shall provide a proposed briefing schedule for any dispositive motions.

SO ORDERED.

Dated: New York, New York
        February 22, 2024

                                              */s/ Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge