UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GEORGE GRESHAM, JR.,

                              Plaintiff,                    **ORDER**

              -against-                              **21-CV-3912 (JW)**


NEGUN MAXIMOSS ROMANI,

                              Defendant.

------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court will hold a telephone conference to discuss the status of the case on

**May 7th at 2:30 pm**. The Parties shall dial **+1 646-453-4442 and enter the**

**passcode 649767739#**.

SO ORDERED.

Dated:  New York, New York
        April 24, 2024


_____
JENNIFER E. WILLIS
United States Magistrate Judge

1