UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GEORGE GRESHAM, JR.,

                              Plaintiff,                            **ORDER**

                 -against-                                **21-CV-3912 (JW)**

NEGUN MAXIMOSS ROMANI,

                              Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

    As discussed more fully on the record at today's conference, the Parties have until **Monday, May 13th, at 5 pm** to submit letter motions of no more than three pages detailing their positions on the remaining discovery disputes.

    If the Parties reach an agreement, by the same deadline, they shall submit a joint letter proposing a schedule for the remaining depositions and briefing dispositive motions.

    SO ORDERED.

Dated:  New York, New York
          May 7, 2024

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge