**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

GEORGE GRESHAM, JR.,

                            Plaintiff,

              -against-

NEGUN MAXIMOSS ROMANI,

                            Defendant.

**ORDER**

**21-CV-3912 (JW)**

----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     On August 19, 2024, the Defendant submitted a letter alleging discovery violations and seeking case-ending sanctions. Dkt. No. 55. Plaintiff responded to Defendant's allegations and request on September 6, 2024. Dkt. No. 58. The Court orders the following:

1.  The Parties are to appear **in person** to discuss the Defendant's August 19, 2024 letter on **December 4, 2024** at **2:00 PM** in Courtroom 228 of the Thurgood Marshall Courthouse, located at 40 Foley Square, New York, New York 10007.

2.  Each party is to submit a letter by **November 27, 2024**, detailing any and all outstanding discovery issues as well as potential sanctions connected to alleged misrepresentations. The letters may not exceed 5 pages.

3.  The Parties are to obtain a transcript of the May 7, 2024 conference and are to supply the Court with a copy.

    SO ORDERED.

DATED:    New York, New York
             October 29, 2024

JENNIFER E. WILLIS
United States Magistrate Judge