**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
GEORGE GRESHAM, JR.,

                        Plaintiff,                          **ORDER**

            -against-                          **21-CV-3912 (JW)**

NEGUN MAXIMOSS ROMANI,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

It has come to the Court's attention that between August 12, 2024 and February 25, 2025, Attorney John J. Nonnenmacher has filed six letters and a motion without filing an appearance. Despite signing off on the letters, affidavit, and motion, all seven filings have been filed by Attorney William R. Hamel. While the Court does not require that Attorney Nonnenmacher re-file anything that has already been filed, **he must file an appearance on ECF by TODAY, March 3, 2025**. As Local Civil Rule 1.4(a) states, "Except as otherwise set forth in this rule, each attorney appearing on behalf of a party must file a notice of appearance promptly on or before the attorney's first appearance in court or filing in the case. The notice of appearance must provide the attorney's name, any firm or organizational affiliation, business address, telephone number, email address, and the name of the party or parties represented."

        SO ORDERED.

DATED:   New York, New York
March 3, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge