UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGE GRESHAM, JR.,

                        Plaintiff,                    **ORDER**

         -against-                        **21-CV-3912 (JW)**

NEGUN MAXIMOSS ROMANI,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     It has come to the Court's attention that Attorney Nonnenmacher, despite filing an appearance, has continued to use Attorney William R. Hamel's CM/ECF credentials to file letters, motions, and, most recently, an appearance with the Court. According to SDNY Attorney Services, the last time Attorney Nonnenmacher logged on to CM/ECF with his own credentials was May 24, 2016. When SDNY upgraded to NextGen CM/ECF in 2018, Attorney Nonnenmacher never linked his Pacer account to his CM/ECF credentials.

     His appearance in this case, while failing to register as a filing user, violates the SDNY Local Rules and SDNY ECF Rules and Instructions. SDNY Local Civil Rule 5.2 states, "Counsel must serve and file papers by following the instructions regarding ECF published on the website of each respective court…". Additionally, Section 2.1 states, "Attorneys admitted to the bar of this Court, . . . are required to register as Filing Users of the Court's ECF system. Unless excused by the Court, attorneys not already Filing Users appearing in cases must register as Filing users." The Court admonishes Attorney Hamel who also has violated SDNY Local Rules and

SDNY ECF Rules and Instructions by permitting Attorney Nonnenmacher to access his Pacer account for court filings. Section 20.1, states, "In a pending case, an attorney may use his or her ECF account to electronically file a Notice of Appearance on his or her own behalf but not on behalf of another attorney."

Any future filings that are not in compliance with Local Rules and ECF Rules will be disregarded. Additionally, both Attorneys will face the consequence of being reported to the SDNY grievance committee if Attorney Nonnenmacher files anything under the credentials of Attorney Hamel, or Attorney Hamel files anything for Attorney Nonnenmacher.

SO ORDERED.

DATED:   New York, New York
         March 6, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge