UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGE GRESHAM, JR.,

                              Plaintiff,                  **ORDER**

                   -against-                          **21-CV-3912 (JW)**

NEGUN MAXIMOSS ROMANI,

                              Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of a letter from Defendant. Dkt. No. 80. The Court orders the following:

- With regards to the summary judgment motion, Defendant's request for an extension to file his reply brief is **GRANTED**. It is now due by **March 17, 2025**.

- With regards to Defendant's request for an order striking the affidavits of Dr. Elbaz, Dr. Roberts, and Dr. Paruchuri, and precluding them from testifying at trial, or in the alternative, granting a briefing schedule for such a motion, the request is **DENIED** in part and **GRANTED** in part. The parties are directed to provide the following briefing:

    - Defendant's initial motion due by **March 17, 2025**
    - Plaintiff's opposition due by **March 24, 2025**
    - Defendant's reply due by **March 31, 2025**

- To accommodate the extension and new briefing, oral argument on Defendant's motion for summary judgment will be held on **April 4, 2025 at 2:30 PM** in Courtroom 228 at 40 Foley Square, New York, New York 10007.

Absent extraordinary circumstances, no further extensions to the current schedule will be granted. **As a friendly reminder, any future filings that are not in compliance with Local Rules and ECF Rules will be disregarded**. See Dkt. No. 79. The Clerk of Court is respectfully requested to close Dkt. No. 80.

SO ORDERED.

DATED:   New York, New York
         March 10, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge