UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEORGE GRESHAM, JR.,

                      Plaintiff,                    **ORDER**

         -against-                      **21-CV-3912 (JW)**

NEGUN MAXIMOSS ROMANI,

                      Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 10, 2025, the Court adjourned the oral argument on Defendant's motion for summary judgment to April 4, 2025 at 2:30 PM to accommodate Defendant's motion for an extension and additional briefing. Dkt. No. 81.

The Court reschedules the oral argument to earlier in the day. It will now be held on **April 4, 2025 at 10:00 AM** in Courtroom 228 at 40 Foley Square, New York, New York 10007.

**As a friendly reminder, any future filings that are not in compliance with Local Rules and ECF Rules will be disregarded**. See Dkt. No. 79.

      SO ORDERED.

DATED:    New York, New York
               March 18, 2025

                                                     _____
                                                       JENNIFER E. WILLIS
                                                      United States Magistrate Judge